UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

    Mark H. Olinsky,                  Case No. 15-40116-MSH
    Debtor(s)                            Chapter 7

### TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS OF EXEMPTION

Janice Marsh, the trustee, requests the court

1. Extend **through April 17, 2015,** the deadline for her to object to claims of exemption because, on March 16, 2015, the debtor filed an amended Schedule C, not yet allowed, and she has questions about both his original and amended Schedules C; and

2. Grant such further and other relief as is just.

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Marsh Law, LLC
446 Main Street, 19th Floor
Worcester, MA  01608
Telephone 508-797-5500
Fax 508-519-8317
janicemarsh1@gmail.com
BBO No. 638575

CERTIFICATE OF SERVICE

**Mailing Information for Case 15-40116**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Richard King USTPRegion01.WO.ECF@USDOJ.GOV
- Janice Marsh janicemarsh1@gmail.com, MA44@ecfcbis.com
- Robert R. Thomas rthomas@andoverattorneys.com

**Manual Notice List, Served by Regular Mail, Served by Regular Mail**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mark H. Olinsky**
31 Elliott Ave.
Dracut, MA 01826

/s/ Janice Marsh
Janice Marsh